UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Crim. No. 24-673 (GC) |
| | : | |
| BRIAN COMBS | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Jonathan S. Garelick, Special Assistant U.S. Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3143(a) to detain the Defendant, Brian Combs (by Michael Armstrong, Esq., appearing), in the above-entitled matter;

And the Defendant, having pleaded guilty before the Honorable Georgette Castner to a three-count Information on October 15, 2024;

And the Defendant, having been granted bail on October 15, 2024;

And the Court, through the Honorable Georgette Castner, having issued a warrant for the Defendant's arrest on November 14, 2024;

And the Defendant, having been apprehended by the United States Marshals Service in the District of Indiana on November 27, 2024;

And the Defendant having been transferred to the District of New Jersey on January 8, 2025;

And the Defendant, having consented to detention pending his sentencing hearing, which is currently scheduled for August 14, 2025;

And for good cause shown:

IT IS, therefore, on this 20th day of June, 2025,

ORDERED that bail is revoked; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that the Defendant, Brian Combs, be detained pending his sentencing hearing, and that he be committed to the custody of the Attorney General or his authorized representative.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE